IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DAVID SCOTT McCALLIE**

    **Plaintiff,**

v.                                                                     CV 06-PT-2295-S

**EQUIFAX INFORMATION
SERVICES, LLC., et al**

    **Defendants.**

## DISMISSAL ORDER

In accordance with the Stipulation of Dismissal With Prejudice filed by the parties on November 15, 2007, this action is **DISMISSED, WITH PREJUDICE**, each party to bear own costs.

**DONE** and **ORDERED** this the 16th day of November, 2007.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**